■ LURENE NICOTERA et al., Respondents, v TICK TOCK AUTOMOTIVE, INC., Appellant, and PENNY M. SICKLES et al., Respondents. [810 NYS2d 691]—Appeal from an order of the Supreme Court, Erie County (Joseph G. Makowski, J.), entered July 27, 2005 in a personal injury action. The order denied defendant's motion for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for the reasons stated at Supreme Court. Present—Pigott, Jr., P.J., Scudder, Kehoe, Smith and Pine, JJ.